**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M.R.M.,[1] <br><br>                 Petitioner, <br><br>    v. <br><br> ERNESTO SANTACRUZ, JR., et al., <br><br>                Respondents. | Case No.  EDCV 26-3701 PVC <br><br> **MEMORANDUM DECISION AND ORDER GRANTING PETITION AND ORDERING IMMEDIATE RELEASE** |

On July 2, 2026, Petitioner, an immigrant detainee and citizen of Nicaragua, filed through counsel a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Petition"), seeking an order requiring Respondents to immediately release her from immigration detention and awarding Petitioner her costs and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.  (Pet., Dkt. No. 1 at 18).  On July 10, 2026, Respondents responded to the Petition for Writ of Habeas Corpus.  (Dkt. No. 10).  The Answer stated that "Respondents are not presenting an opposition argument" to the Petition.  (*Id.* at 2).  Because

---

[1] Petitioner filed a Motion for Leave to Proceed Under Pseudonym.  (Dkt. No. 4). Respondents filed no opposition to that motion.  Therefore, the motion is hereby GRANTED.

Respondents do not oppose the Petition, its merits are conceded.  *See* C.D. Cal. L.R. 7-12 ("The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."); *see also* C.D. Cal. L.R. 7-9 (setting forth the requirements of opposition brief or statement of non-opposition).

## **CONCLUSION**

Accordingly, the Court **GRANTS** the Petition, and Respondents are **ORDERED** to:

(1) **IMMEDIATELY RELEASE** Petitioner M.R.M.[2] from custody; and

(2) File a notice of compliance advising how they complied with this Order within seven days.

The matter is deemed closed.  The Court **ORDERS** the Clerk to vacate any pending dates and to close the case.  Judgment is **ENTERED** in favor of Petitioner.

As to Petitioner's request for an award of attorney's fees and costs, the Court will consider an application under the Equal Access to Justice Act requesting costs and reasonable attorney's fees that is filed within 30 days of entry of final judgment in this action.  *See Rahimi v. Semaia*, 2026 WL 246066, at *3 (C.D. Cal. Jan. 27,

---

[2] The Court was unable to determine Petitioner's alien registration number from any documents filed, and because Petitioner is proceeding under a pseudonym, the Court cannot determine Petitioner's true name.  The Petition states that Petitioner is female and is currently detained at Adelanto ICE Processing Center and that Petitioner would provide her true name and alien registration number to Respondents' counsel.  **Respondents' counsel is ordered to provide Petitioner's true name and A-number forthwith to the necessary parties at Adelanto to facilitate Petitioner's release.**

2026) ("The Court will consider an application requesting costs and reasonable attorneys fees under the EAJA that is filed within 30 days of final judgment in this action.").

IT IS SO ORDERED.

DATED: July 21, 2026

_____
PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

3