JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

M.R.M.,

Petitioner,

v.

ERNESTO SANTACRUZ, JR., et al.,

Respondents.

Case No. EDCV 26-3701 PVC

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED. Respondents are ordered to:

(1) **IMMEDIATELY RELEASE** Petitioner M.R.M.[1] from custody; and

[1] The Court was unable to determine M.R.M.'s true name or alien registration number from any documents filed. The Court notes that Petitioner is female and is currently detained at Adelanto ICE Processing Center. **Respondents' counsel is ordered to provide Petitioner's true name and A-number forthwith to the necessary parties at Adelanto to facilitate Petitioner's release.**

(2) File a notice of compliance advising how they complied with this Order within seven days.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 21, 2026

PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE